AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, DISTRICT COUNCIL TRAINING CENTER FUND, AND BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND,
Plaintiffs,

v.

MARK TOMASKA, individually and d/b/a TOMASKA MASONRY,
Defendant.

**08 C 1235**

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

JUDGE:

JUDGE GUZMAN
MAGISTRATE JUDGE BROWN

TO: (Name and Address of Defendant)

MARK TOMASKA, individually and d/b/a TOMASKA MASONRY
10836 Bryant Road
Mokena, IL 60448

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael W. Dobbins, Clerk

_Yvette Montaney_
(By) DEPUTY CLERK

February 29, 2008
Date

BY DEPUTY CLERK

| | | |
|---|---|---|
| ClientCaseID: B. GREENBURG |  *178951A* | CaseReturnDate: 3/29/08 |
| Law Firm ID: ASHER | | Affidavit of Special Process Sever |

## UNITED STATES DISTRICT COURT

Case Number **08C1235**

I, ANNA CANOLE

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## ABODE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **MARK TOMASKA d/b/a TOMASKA MASONRY**
PERSON SERVED **LORI TOMASKA, SPOUSE**

I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

Sex FEMALE  Race WHITE  Age 47
Height 5'4"  Build MEDIUM  Hair BROWN

LOCATION OF SERVICE  **10836 BRYANT ROAD MOKENA, IL, 60448**

Date Of Service: 3/9/08   Time of Service: 10:00 AM   Date Of Mailing 3/10/2008

_Anna Canole_  3/10/2008
ANNA CANOLE
**Special Process Sever**
P.E.R.C.#129-203615

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

_Anna Canole_