# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1235 | **DATE** | 3/25/2008 |
| **CASE TITLE** | MASONRY INSTITUTE, et al vs. TOMASKA | | |

**DOCKET ENTRY TEXT**

Minute entry dated 3/25/08 [doc. no. 8] dismissing case is stricken as entered in error. Case is ordered re-opened. The following is entered for 3/25/08: Defendant not in court. Status hearing held and continued to 4/11/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|