AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

**08 C 1235**

MASONRY INSTITUTE, BRICKLAYERS
LOCAL 21 PENSION FUND, DISTRICT
COUNCIL TRAINING CENTER FUND,
AND BRICKLAYERS AND STONE
MASONS OF ILLINOIS DISTRICT COUN-
CIL NO. 1 B.A.C. ANNUITY TRUST FUND,
                        Plaintiffs,
                v.

MARK TOMASKA, individually and
d/b/a TOMASKA MASONRY,
                        Defendant.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

JUDGE:

JUDGE GUZMAN
MAGISTRATE JUDGE BROWN

TO: (Name and Address of Defendant)

MARK TOMASKA, individually and d/b/a TOMASKA MASONRY
10836 Bryant Road
Mokena, IL 60448

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael W. Dobbins, Clerk

*(signature)*
(By) DEPUTY CLERK

February 29, 2008
Date

BY DEPUTY CLERK

Exh. "B"

ClientCaseID:  B. GREENBURG
Law Firm ID:   ASHER


*178951A*

CaseReturnDate:  3/29/08

Affidavit of Special Process Sever

## UNITED STATES DISTRICT COURT

Case Number **08C1235**

I, ANNA CANOLE

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## ABODE SERVICE

THAT I SERVED THE WITHIN    SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT   MARK TOMASKA d/b/a TOMASKA MASONRY
PERSON SERVED    LORI TOMASKA, SPOUSE

I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:
Sex  FEMALE   Race  WHITE   Age  47
Height  5'4"   Build  MEDIUM   Hair  BROWN

LOCATION OF SERVICE   **10836 BRYANT ROAD MOKENA, IL, 60448**

Date Of Service: 3/9/08        Time of Service: 10:00 AM        Date Of Mailing  3/10/2008

ANNA CANOLE    3/10/2008
**Special Process Sever**
P.E.R.C.#129-203615

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Anna Canole