IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MASONRY INSTITUTE, BRICKLAYERS )
LOCAL 21 PENSION FUND, BRICKLAYERS )
LOCAL 21 OF ILLINOIS APPRENTICESHIP )
AND TRAINING PROGRAM, AND BRICK- )
LAYERS AND STONE MASONS OF ILLI- )
NOIS DISTRICT COUNCIL NO. 1 B.A.C. )
ANNUITY TRUST FUND, )
)
                        Plaintiffs, )   No. 08 C 1235
       v. )
)   Judge Guzman
MARK TOMASKA, individually and )
d/b/a TOMASKA MASONRY, )   Mag. Judge Brown
)
                        Defendant. )

## AFFIDAVIT

ROBERT B. GREENBERG, attorney for Plaintiffs, MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, and BRICKLAYERS LOCAL 21 OF ILLINOIS APPRENTICESHIP AND TRAINING PROGRAM, et al., on oath and duly sworn, states:

1. That I am an attorney licensed to practice in the State of Illinois for 44 years and a member of the Federal Bar.

2. That I represent the Plaintiffs, MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, and BRICKLAYERS LOCAL 21 OF ILLINOIS APPRENTICESHIP AND TRAINING PROGRAM, et al., and our billing rate is $195.00 per hour.

3. That I have billed our clients a total of $1,170.00 for legal services in the matter of MARK TOMASKA, individually and d/b/a TOMASKA MASONRY.

4. That costs in the amount of $405.00 for filing and service of Summons have been incurred by Plaintiffs.

                                                                _____
                                                                ROBERT B. GREENBERG

Subscribed and Sworn to before me
this 27th day of March, 2008.

_____
     NOTARY PUBLIC

OFFICIAL SEAL
LINDA D KONASZEWSKI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/23/10