IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, BRICKLAYERS LOCAL 21 OF ILLINOIS APPRENTICESHIP AND TRAINING PROGRAM, AND BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND,<br><br>                      Plaintiffs,<br>    v.<br><br>MARK TOMASKA, individually and d/b/a TOMASKA MASONRY,<br><br>                      Defendant. | No. 08 C 1235<br><br>Judge Guzman<br><br>Mag. Judge Brown |

### NOTICE OF MOTION

TO: **MARK TOMASKA**
**10836 Bryant Road**
**Mokena, IL 60448**

    **PLEASE TAKE NOTICE** that the undersigned will bring on the annexed motion for hearing before Judge Guzman, at Room 2325, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on the 11th day of April 2008, at 9:30 A.M. of that day or as soon thereafter as counsel can be heard.

                                               /s/ Robert B. Greenberg
                                             Asher, Gittler, Greenfield & D'Alba, Ltd.
                                             200 West Jackson Boulevard
                                             Suite 1900
                                             Chicago, Illinois 60606
                                             (312) 263-1500
                                             IL ARDC#:  01047558

## CERTIFICATE OF SERVICE

ROBERT B. GREENBERG, being duly sworn, says that he is an attorney associated with Asher, Gittler, Greenfield & D'Alba, Ltd., attorneys for Plaintiffs in this action, and that he served the attached Motion upon:

**MARK TOMASKA**
**10836 Bryant Road**
**Mokena, IL 60448**

by depositing a copy in the United States mails, postage paid, at 200 West Jackson Boulevard, Chicago, Illinois 60606, on the 31st day of March, 2008.

Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558