# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Masonry Institute, et al.
                             Plaintiff,

v.                                                 Case No.: 1:08−cv−01235
                                                      Honorable Ronald A. Guzman

Mark Tomaska
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 11, 2008:

    MINUTE entry before Judge Honorable Ronald A. Guzman:Status hearing held on 4/11/2008. Status hearing set for 5/21/2008 at 09:30 AM. Motion for default judgment [10] entered and continued to 5/21/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.