## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1235 | **DATE** | 5/21/2008 |
| **CASE TITLE** | MASONRY INSTITUTE, et al vs. MARK TOMASKA | | |

**DOCKET ENTRY TEXT**

Enter default order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: CG