IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, BRICKLAYERS LOCAL 21 OF ILLINOIS APPRENTICESHIP AND TRAINING PROGRAM, AND BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND, <br><br>    Plaintiffs, <br>  v. <br><br> MARK TOMASKA, individually and d/b/a TOMASKA MASONRY, <br><br>    Defendant. | No. 08 C 1235 <br><br> Judge Guzman <br><br> Mag. Judge Brown |

### NOTICE OF MOTION

TO:   MARK TOMASKA
      10836 Bryant Road
      Mokena, IL 60448

**PLEASE TAKE NOTICE** that the undersigned will bring on the annexed motion for hearing before Judge Guzman, at Room 1219, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on the 24th day of July 2008, at 9:30 A.M. of that day or as soon thereafter as counsel can be heard.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558

## **CERTIFICATE OF SERVICE**

      ROBERT B. GREENBERG, being duly sworn, says that he is an attorney associated with Asher, Gittler, Greenfield & D'Alba, Ltd., attorneys for Plaintiffs in this action, and that he served the attached Motion upon:

> **MARK TOMASKA**
> **10836 Bryant Road**
> **Mokena, IL 60448**

by depositing a copy in the United States mails, postage paid, at 200 West Jackson Boulevard, Chicago, Illinois 60606, on the 10th day of July, 2008.

      Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

      /s/ Robert B. Greenberg
      Asher, Gittler, Greenfield & D'Alba, Ltd.
      200 West Jackson Boulevard
      Suite 1900
      Chicago, Illinois 60606
      (312) 263-1500
      IL ARDC#:  01047558