# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Masonry Institute, et al.
                     Plaintiff,

v.                             Case No.: 1:08−cv−01235
                                        Honorable Ronald A. Guzman

Mark Tomaska
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

    MINUTE entry before the Honorable Ronald A. Guzman: Defendant not in court. Motion hearing held on 7/24/2008. Motion by Plaintiffs for rule to show cause regarding Mark Tomaska [17] is granted. Show Cause Hearing set for 8/22/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.