Order Form (01/2005)

**United States District Court, Northern District of Illinois**

MHW

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1235 | **DATE** | 7/25/08 |
| **CASE TITLE** | MASONRY INSTITUTE, et al vs. MARK TOMASKA | | |

**DOCKET ENTRY TEXT**

Enter order setting rule to show cause hearing on Mark Tomaska for 8/22/08 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|

U.S. DISTRICT COURT
CLERK

2008 JUL 28 PM 5:32

FILED-FBI