MHK

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MASONRY INSTITUTE, BRICKLAYERS )
LOCAL 21 PENSION FUND, BRICKLAYERS )
LOCAL 21 OF ILLINOIS APPRENTICESHIP )
AND TRAINING PROGRAM, AND BRICK- )
LAYERS AND STONE MASONS OF ILLI- )
NOIS DISTRICT COUNCIL NO. 1 B.A.C. )
ANNUITY TRUST FUND, )
)
                Plaintiffs, )   No. 08 C 1235
   v. )
)   Judge Guzman
MARK TOMASKA, individually and )
d/b/a TOMASKA MASONRY, )   Mag. Judge Brown
)
                Defendant. )

## ORDER

It is ordered that MARK TOMASKA, shall personally appear before Judge Guzman, in Room 2325, at 219 South Dearborn Street, Chicago, Illinois, at 9:30 a.m. on the 22nd of August 2008, to show cause, if any, why he should not be attached and punished for contempt of court for failing to comply with the Court's Order entered on May 21, 2008. Service of this Rule upon Defendant shall be made no later than seven (7) days from the return date.

DATED: 7/25/08        ENTER:

                                                  JUDGE

Robert B. Greenberg
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#: 01047558