THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, BRICKLAYERS LOCAL 21 OF ILLINOIS APPRENTICESHIP AND TRAINING PROGRAM, AND BRICK-LAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND, <br><br> Plaintiffs, <br> v. <br><br> MARK TOMASKA, individually and d/b/a TOMASKA MASONRY, <br><br> Defendant. | No. 08C 1235 <br><br> Judge Guzman <br><br> Mag. Judge Brown |

### AFFIDAVIT OF SERVICE

I, ANNA CANOLE

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606

## PERSONAL SERVICE

THAT I SERVED THE WITHIN   ORDER
ON THE WITHIN NAMED DEFENDANT   MARK TOMASKA
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY   7/28/08

That the sex, race and approximate age of the person whom I left the ORDER are as follow:

Sex MALE   Race WHITE   Age 48
Height 5'10"   Build LARGE   Hair BROWN

LOCATION OF SERVICE   10836 BRYANT ROAD
MOKENA, IL, 60617

Date Of Service   7/28/08      Time of Service   8:10 PM

ANNA CANOLE                                    7/29/2008
Special Process Sever
P.E.R.C.#129-203615

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, BRICKLAYERS LOCAL 21 OF ILLINOIS APPRENTICESHIP AND TRAINING PROGRAM, AND BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND,<br><br>                              Plaintiffs,<br>      v.<br><br>MARK TOMASKA, individually and d/b/a TOMASKA MASONRY,<br><br>                              Defendant. | No. 08C 1235<br><br>Judge Guzman<br><br>Mag. Judge Brown |

## ORDER

It is ordered that MARK TOMASKA, shall personally appear before Judge Guzman, in Room 2325, at 219 South Dearborn Street, Chicago, Illinois, at 9:30 a.m. on the 22nd of August 2008, to show cause, if any, why he should not be attached and punished for contempt of court for failing to comply with the Court's Order entered on May 21, 2008. Service of this Rule upon Defendant shall be made no later than seven (7) days from the return date.

DATED: 7/25/08      ENTER: _Ronald A. Guzman_

                                                                JUDGE

Robert B. Greenberg
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#: 01047558