**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Masonry Institute, et al.
       Plaintiff,

v.               Case No.: 1:08−cv−01235
               Honorable Ronald A. Guzman

Mark Tomaska
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 29, 2008:

  MINUTE entry before the Honorable Ronald A. Guzman:Show cause hearing held on 8/29/2008. Defendant not in court. Show Cause Hearing set for 9/19/2008 at 09:30 AM. Defendant ordered to produce books and records by 9/12/08. failure to comply will result in issuance of a body attachment.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.